# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

148584 & (36)(37)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOHN LAWSON,
        Plaintiff-Appellant,

v

                                                SC: 148584
                                                COA: 316677

DESIREE M. FERGUSON,
        Defendant-Appellee.
                                                Wayne CC: 12-011566-NM

_____/

        On order of the Court, the application for leave to appeal the November 27, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to add issue and the motion to remand are DENIED. The motion to file a reply brief was unnecessary. Plaintiff's reply brief was accepted and considered by the Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



h0421

                                     Clerk